UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANDON BIERMAN, an individual,
and on behalf of all other similarly
situated individuals,

    Plaintiff,

v.                                              CASE NO. 2:18-cv-641-FtM-38M

CITY OF ARCADIA, FLORIDA, a
municipal corporation

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL

Plaintiff, BRANDON BIERMAN, and Defendants CITY OF ARCADIA, FLORIDA, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby file this Joint Stipulation for Dismissal with prejudice, and further state as follows:

Plaintiff received full compensation, without compromise, on his Fair Labor Standards Act claim. Thus, judicial review of the settlement is not required. Lynn's Food Stores, Inc. v. United States Dept. of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982). Additionally, the parties represent that attorney's fees were negotiated separately from the resolution of Plaintiff's claim.

WHEREFORE, the parties jointly request this Court dismiss this case with prejudice.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated this 18th day of March, 2019.

| | |
|---|---|
| /s/ Benjamin H. Yormak | /s/ Robert C. Shearman |
| Benjamin H. Yormak | Robert C. Shearman |
| Florida Bar No. 71272 | Florida Bar No. 0614025 |
| Yormak Employment & Disability Law | Richard B. Akin |
| 9990 Coconut Road | Florida Bar No. 68112 |
| Bonita Springs, FL 34135 | Henderson Franklin Starnes & Holt |
| Office: 239.985.9691 | Post Office Box 280 |
| Fax: 239.288.2534 | Fort Myers, FL 33901 |
| Counsel for Plaintiff | Office: 239.344.1346 |
| Email: byormak@yormaklaw.com | Fax: 239.344.1501 |
| eservice@yormaklaw.com | Counsel for Defendant |
| yormakstaff@yormaklaw.com | Email: Robert.shearman@henlaw.com |
| | Courtney.ward@henlaw.com |